**Payments from Monofrax to Callista**

| Date | Entity | Amount |
|---|---|---|
| 6/27/2016 | Monofrax Holding GmbH | $ 75,000.00 |
| 7/14/2016 | Monofrax Holding GmbH | $ 75,000.00 |
| 8/12/2016 | Monofrax Holding GmbH | $ 75,000.00 |
| 9/12/2016 | Monofrax Holding GmbH | $ 75,000.00 |
| 10/27/2016 | Monofrax Holding GmbH | $ 50,000.00 |
| 10/27/2016 | Callista Private Equity | $ 30,007.75 |
| 10/31/2016 | Premium IT Services | $ 32,193.94 |
| 11/30/2016 | Monofrax Holding GmbH | $ 50,000.00 |
| 12/21/2016 | Monofrax Holding GmbH | $ 50,000.00 |
| 1/25/2017 | Monofrax Holding GmbH | $ 50,000.00 |
| 1/25/2017 | Premium IT Services | $ 954.00 |
| 1/25/2017 | Premium IT Services | $ 3,379.20 |
| 1/25/2017 | Premium IT Services | $ 11,750.96 |
| 2/21/2017 | Monofrax Holding GmbH | $ 50,000.00 |
| 2/21/2017 | Premium IT Services | $ 7,306.61 |
| 3/20/2017 | Premium IT Services | $ 45,139.52 |
| 4/24/2017 | Monofrax Holding GmbH | $ 50,000.00 |
| 4/24/2017 | Premium IT Services | $ 1,526.18 |
| 5/15/2017 | Premium IT Services | $ 842.00 |
| 6/5/2017 | Monofrax Holding GmbH | $ 50,000.00 |
| 6/15/2017 | Callista Private Equity | $ 1,236.51 |
| 7/12/2017 | Monofrax Holding GmbH | $ 50,000.00 |
| 7/13/2017 | Premium IT Services | $ 132.00 |
| 7/17/2017 | Monofrax Holding GmbH | $ 50,000.00 |
| 10/4/2017 | Monofrax Holding GmbH | $ 50,000.00 |
| 10/6/2017 | Callista Private Equity | $ 5,689.95 |
| 10/26/2017 | Monofrax Holding GmbH | $ 50,000.00 |
| 10/16/2017 | Premium IT Services | $ 132.00 |
| 11/20/2017 | Callista Private Equity | $ 10,890.76 |
| 9/14/2018 | Monofrax Holding GmbH | $ 100,000.00 |
| 11/16/2018 | Monofrax Holding GmbH | $ 50,000.00 |
| 11/29/2018 | Monofrax Holding GmbH | $ 50,000.00 |
| 2/27/2019 | Monofrax Holding GmbH | $ 67,985.26 |
| 5/10/2019 | Monofrax Holding GmbH | $ 50,000.00 |
| 7/18/2019 | Monofrax Holding GmbH | $ 50,000.00 |
| 7/31/2019 | Monofrax Holding GmbH | $ 50,000.00 |
| 9/30/2019 | Monofrax Holding GmbH | $ 100,000.00 |
| 10/4/2019 | Monofrax Holding GmbH | $ 50,000.00 |
| 11/21/2019 | Monofrax Holding GmbH | $ 50,000.01 |
| 12/19/2019 | Monofrax Holding GmbH | $ 50,000.00 |
| 1/17/2020 | Monofrax Holding GmbH | $ 50,000.00 |
| 3/13/2020 | Monofrax Holding GmbH | $ 54,253.34 |

**Payments from Monofrax to Callista**

| Date | Entity | | Amount |
|---|---|---|---:|
| 5/8/2020 | Monofrax Holding GmbH | $ | 50,000.00 |
| 1/29/2021 | Monofrax Holding GmbH | $ | 50,000.00 |
| 2/19/2021 | Monofrax Holding GmbH | $ | 4,938.38 |
| 2/26/2021 | Monofrax Holding GmbH | $ | 50,000.00 |
| **Total** | | | **$ 1,928,358.37** |